Filed 7/14/23  P. v. Vue CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>  v.<br><br>MOUA VUE,<br><br>  Defendant and Appellant. | C091988<br><br>(Super. Ct. No. 98F09534) |

Defendant Moua Vue appeals the trial court's denial of his petition for resentencing under Penal Code former section 1170.95 (now Penal Code section 1172.6). Defendant's counsel asked this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  This court dismissed the appeal but the California Supreme Court transferred the matter back to us with directions to vacate our decision and reconsider it in light of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*).

On April 18, 2023, we notified defendant:  1) counsel had filed a brief indicating that no arguable issues had been identified; 2) as a case arising from an order denying

1

postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and 3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument he wanted this court to consider.  In addition, we notified defendant that if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned.  On June 20, 2023, defendant asked to withdraw his appeal.  He did not file a supplemental brief or letter.

We consider defendant's appeal abandoned and order the appeal dismissed. (*Delgadillo, supra*, 14 Cal.5th at p. 232.)

DISPOSITION

The appeal is dismissed.


                                               /S/               <br>MAURO, J.


We concur:


    /S/              
EARL, P. J.


    /S/              
KRAUSE, J.